No. 14,862.

HUSKEY *v.* BENN.
(112 P. [2d] 1046)

Decided March 31, 1941.

Judgment affirmed en banc on application for supersedeas without written opinion. Mr. Justice Young and Mr. Justice Hilliard not participating.

Mr. J. M. TAYLOR, for plaintiff in error.

No appearance for defendant in error.